IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| IN RE THE MATTER OF: | ) | CHAPTER 13 |
|---|---|---|
| | ) | |
| Ana Anderson | ) | CASE NO. 08-32288 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES NOW the Debtor, and by attorney, and hereby objects to the Trustee's Motion to Dismiss, and as grounds for said Objection, states as follows:

1. The Debtor has been in Texas with her parents who are both sick.

2. The Debtor can now continue to make payments.

2. The Debtor has since made two (3) payment totaling $400.00. (See attached receipts.)

3. The Debtor wishes to remain in Chapter 13.

WHEREFORE, the premises considered, the Debtor requests this Court to deny the Trustee's Motion to Dismiss.

Respectfully submitted this the 20 day of July, 2009.

/s/ Richard D. Shinbaum
RICHARD D. SHINBAUM
Attorney for the Debtor

Of Counsel:
Shinbaum, McLeod and Campbell, P.C.
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by electronic or postal mail on this the 20 day of July, 2009.

Hon. Curtis C. Reding
Trustee in Chapter 13
Post Office Box 173
Montgomery, AL 36101

/s/ Richard D. Shinbaum
Richard D. Shinbaum

```
            EASY MONEY CASH CENTERS
         EASY MONEY #114 - OPEN 24HOURS
              MONTGOMERY AL. 36107
                   Window - 14D
                   (334)293-9999
                 07/06/2009 7:07 PM
                 Transaction 677506


                            Amount      Fee

   Money Order 336127       200.00      .00
   Subtotal                 ------
   Tendered                 200.00
   Change                   200.00
                                        .00

              XXX-XX-0003


         ASK US ABOUT OUR NEW FLEX LOAN
            NO BANK ACCOUNT REQUIRED!

        FIND YOUR NEAREST 24 HOUR EASY MONEY
               CALL 1-866-576-3279

        FREE MONEY ORDERS. FREE DRINKS. EASY

        TELL US ABOUT YOUR EXPERIENCE TODAY
                Call 1-800-365-0148
              Online @ goeasymoney.com
```



Ana Anderson

**MoneyGram. Money Orders** — INTERNATIONAL MONEY ORDER

75-53 / 919

THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT AMOUNT BOX AND THERMOCHROMIC. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

R2015557240955

PAY TO THE ORDER OF:/ PAGAR A LA ORDEN DE: Curtis C. Reding Chapter 13 Trustee

IMPORTANT - SEE BACK BEFORE CASHING

Ana Anderson #08-32288

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/ DIRECCIÓN: 1708 Gillespie Dr. Mont AL 36106

Payable Through Wells Fargo Bank South Central, N.A. Anchorage, Alaska

ISSUER/DRAWER: MONEYGRAM PAYMENT SYSTEMS, INC.

TO AUTHENTICATE RUB CIRCLE
PARA AUTENTICAR RESTREGAR EL CÍRCULO

⑆091900533⑆ 2015 557240955⑈ 90